**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION ) | |
| ) | CASE NO.: |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge: |
| ) | Magistrate Judge: |
| DOE ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND**
<u>**NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 3.2**</u>

Plaintiff Lightspeed Media Corporation does not have a parent corporation. No publicly held company owns 5% or more of Plaintiff's stock.

Respectfully submitted,

LIGHTSPEED MEDIA CORPORATION

**DATED:** January 18, 2011

By: <u>/s/ John Steele</u>
John Steele (Bar No. 6292158)
Steele Hansmeier PLLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-880-9160;   Fax 312-893-5677
jlsteele@wefightpiracy.com
*Attorney for Plaintiff*