# Steele | Hansmeier, PLLC

*An anti-piracy law firm*

January 31, 2011

**FILED**
FEB 04, 2011
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

**Via Hand Delivery**
Office of the Clerk
United States District Court
Northern District of Illinois – Eastern Division
United States Courthouse
219 South Dearborn Street – Room 2010
Chicago, Illinois 60604

Re: *Lightspeed Media Corporation v. Doe*, Case No. 1:11-cv-00385

Dear Office of the Clerk:

We are in receipt of your request for additional information regarding the copyright at subject in the above referenced matter. As discussed in the pleadings, Plaintiff has filed a registration application for the relevant copyright, but has not, to date, received a certificate of registration for the same. As such, the information applicable to a report to the U.S. Copyright Office is as follows:

| COPYRIGHT APPLICATION NUMBER | DATE OF APPLICATION | HOLDER OF COPYRIGHT |
| --- | --- | --- |
| 1-479967764 | August 31, 2010 | Lightspeed Media Corporation |

Please let me know if you require anything else at this time. I can be reached at my office, or on my direct line: (312) 450-6633.

Sincerely,

John L. Steele

(Bar No. 6292158)
jlsteele@wefightpiracy.com